AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                         Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta Division

2015 APR 13   AM 11: 33

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  CR109-00073-002 |
| Thomas Polonco Beale | ) | USM No:  14160-021 |
| Date of Original Judgment: __March 2, 2010__ | ) | Cara Rowe |
| Date of Previous Amended Judgment: __Not applicable__ | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Any) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___March 2, 2010,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __4/10/2015__

_____
Judge's signature

Effective Date: __November 1, 2015__
(if different from order date)

J. Randal Hall
United States District Judge
*Printed name and title*